IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE MANUEL SOARES.    No. C-13-1244 TEH (PR)

ORDER OF TRANSFER

_____/

     Plaintiff Manuel Soares, a state inmate who is presently housed at the RJ Donovan Correctional Facility in San Diego, California, has filed a letter complaining of his treatment by staff at the RJ Donovan Facility, which the Court construes as an attempt to file a pro se complaint under 42 U.S.C. § 1983.  Specifically, Plaintiff alleges that he was transferred against his will and without due process from the RJ Donovan Facility, where he was doing well, to Atascadero State Hospital on the false grounds that he is mentally ill.  Doc. #1.

     The RJ Donovan Correctional Facility is located in San Diego County, which lies in the Southern District of California.  Thus, a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in the Southern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Southern District.  See 28 U.S.C. § 1391(b).

     Accordingly, in the interest of justice and pursuant to 28

1  U.S.C. § 1406(a), this action is transferred to the United States
2  District Court for the Southern District of California.
3          The Clerk shall transfer this matter, terminate all
4  pending motions as moot and close the file.

6          IT IS SO ORDERED.

8  DATED     04/02/2013                  _____
                                         THELTON E. HENDERSON
9                                        United States District Judge

G:\PRO-SE\TEH\CR.13\Soares13-1244-CRTRANS.wpd

**2**